NUMBER 13-04-221-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

STEPHEN T. LEAS,                                                           Appellant,

v.

COMMISSION FOR LAWYER DISCIPLINE,                             Appellee.
___________________________________________________________________

On appeal from the 332nd District Court 
of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, STEPHEN T. LEAS, perfected an appeal from a judgment entered by
the 332nd District Court of Hidalgo County, Texas, in cause number C-2589-02-F. 
After the record and appellant’s brief were filed, the parties filed a joint motion to
vacate judgment and dismiss cause. In the motion, the parties state that they have
entered into a settlement agreement which would dispose of the controversy made the
basis of this lawsuit. The parties request that the trial court’s judgment be vacated
and the underlying case be dismissed with prejudice.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is GRANTED, the judgment of the trial court is hereby VACATED, and the
underlying case is DISMISSED in accordance with the parties’ settlement agreement. 
 
                                                      PER CURIAM
Memorandum Opinion delivered and filed this
the 9th day of December, 2004.